# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **MORENEDIA P. BURTON,** | ) | |
| | ) | |
|     Plaintiffs, | ) | Case No. 2:24-cv-02830 |
| | ) | |
| vs. | ) | Judge Mark S. Norris |
| | ) | Magistrate Tu M. Pham |
| **SELECT PORTFOLIO SERVICING, INC.,** | ) | |
| | ) | |
|     Defendant. | ) | |

---

## MODEL SCHEDULING ORDER FOR ROUTINE CASES
---

Pursuant to this Court's Notice of Setting Letter dated December 13, 2024 (Dkt. No. 14), a scheduling conference was held on March 7, 2025. Present were Brent S. Snyder, Esq., Counsel for Plaintiff, and Bradley E. Trammell, Esq., Counsel for Defendant. At the conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1): March 14, 2025**
(should be made before the Rule 16(b) conference, or as soon as possible thereafter)

**MOTIONS TO JOIN PARTIES: March 28, 2025**
(within 2 months after conference)

**MOTIONS TO AMEND PLEADINGS: April 11, 2025**
(within 2 months after conference)

**MOTIONS TO DISMISS: April 25, 2025**
(within 3 months after conference)

**ALTERNATIVE DISPUTE RESOLUTION:**

   **(a) ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a): May 29, 2025**
     (within 12 weeks after the scheduling conference)

        Mediator must file Mediation Certification Form:
        https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

**(b) SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)(2)**

    **MEDIATOR'S NAME: Hayden Lait**

    **STIPULATION FILING DATE: Not applicable.**
    (if no mediator has been selected by the parties, within 1 week of scheduling conference)

    (If the parties fail to agree upon a Mediator by this deadline, the Court shall select a Mediator for the case from the Court's Mediator list and shall issue an Order notifying the parties of the Mediator's identity)

**COMPLETING ALL DISCOVERY: September 26, 2025**
(within 6 to 8 months after conference)

    **(a) DOCUMENT PRODUCTION AND INTERROGATORIES: September 26, 2025**
    (Same as discovery deadline or at intervals during the discovery period)

    **(b) DEPOSITIONS AND REQUESTS FOR ADMISSIONS[1]: September 26, 2025**
    (Same as discovery deadline or at intervals during the discovery period)

    **(c) DEPOSITIONS: September 26, 2025**

    **(d) EXPERT WITNESS DISCLOSURES (RULE 26): the parties do not anticipate experts at this time.**

        **(i) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT: August 1, 2025**
        (2 months before close of discovery)

        **(ii) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT: August 29, 2025**
        (1 month before close of discovery)

        **(iii) EXPERT WITNESS DEPOSITIONS: September 26, 2025**
        (by discovery deadline)

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS: October 24, 2025**
(within 1 month after close of discovery)

**FILING DISPOSITIVE MOTIONS: October 24, 2025**
(within 1 month after close of discovery)

**JOINT PROPOSED PRETRIAL ORDER DATE: _____**
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to: ECF_Judge_Norris@tnwd.uscourts.gov)

---

[1] The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.

**PRETRIAL CONFERENCE DATE:** _____

**JURY TRIAL:** _____, 20\_\_\_ at 9:30 a.m.. Trial is anticipated to last approximately 2 days.

The parties DO NOT consent to trial before the Magistrate Judge.

**OTHER RELEVANT MATTERS:**

As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek discovery of electronically stored information (e-discovery) and have not reached an agreement regarding e-discovery and will comply with the default standards described in Local Rule 26.1(e) until such time, if ever, the parties reach an agreement and the court approves the parties e-discovery plan.

Pursuant to agreement of the parties, if privileged or protected information is inadvertently produced, the producing party may, by timely notice, assert the privilege or protection and obtain the return of the materials without waiver.

Pursuant to Local Rule 16.3(d), within 7 days of completion of ADR, the parties shall file a notice via ECF confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

The opposing party must file a response to any opposed motion. Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56, without leave of the court. Pursuant to Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply within 7 days of service of the response, setting forth the reasons why a reply is required.

***This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.***

IT IS SO ORDERED this \_\_\_ day of _____, 2025.

_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

*/s/ Brent Snyder*
Brent Snyder BPR # 021700
Brian D. Flick (OH 0081605)
DannLaw
15000 Madison Avenue
Cleveland, OH 44107
Phone: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

*Counsel for Plaintiff Morenedia P. Burton*


*/s/ Bradley E. Trammell (email consent)*
Bradley E. Trammell (BPR #13980)
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Tel: (901) 577-2121
btrammell@bakerdonelson.com

*Counsel for Defendant Select Portfolio Servicing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the e-filing system, which will send a notification of such filing to the following parties:

Bradley E. Trammell (BPR #13980)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Tel: (901) 577-2121
btrammell@bakerdonelson.com

*Counsel for Defendant Select Portfolio Servicing, Inc.*

/s/ Brent Snyder
Brent Snyder BPR # 021700
DannLaw

*Counsel for Plaintiff Morenedia P. Burton*